UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SILVER LEAF PARTNERS, LLC,

                     Plaintiff,

    -v-

EDUARDO JURADO, et al.,

                  Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2026

26-cv-4514 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Plaintiff has filed a motion for a temporary restraining order.  Dkt. No. 8.  The Court will hold a video conference via Microsoft Teams on June 1, 2026, at 9:30 AM.  The conference will be for purposes of case management and scheduling only.  Defendants need not respond to the motion before the hearing.  The parties will be provided instructions for hearing access via email.  The Court will post an audio only dial-in number on the docket for the public and press to access the hearing.  Plaintiff is directed to provide notice of this Order to Defendants no later than 5:30 PM later today, May 29, 2026, and to file proof of such notice on the docket.  Plaintiff shall further inform the Court of the email addresses for Defendants and their counsel.

    SO ORDERED.

Dated: May 29, 2026
      New York, New York

                                      LEWIS J. LIMAN
                            United States District Judge