UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                         :

SILVER LEAF PARTNERS, LLC,            :

                     :

         Plaintiff,         :

                     :      26-cv-4514 (LJL)

   -v-                :

                     :        ORDER

EDUARDO JURADO, et al.,        :

                     :

         Defendants.     :

                     :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today, June 1, 2026, on the motions for emergency injunctive relief. Dkt. Nos. 8–9. The motions are denied for the reasons provided on the record. Plaintiff may renew the applications either upon a showing of circumstances giving rise to irreparable harm in the event that the Court does not issue injunctive relief before a hearing, or after service is made on the Defendants in this case.

Plaintiff and Defendant FINRA shall meet and confer regarding the dismissal of FINRA from the case.

By June 8, 2026, the Investor Defendants shall inform the Court and counsel for Plaintiff whether they agree to waive service of process.

The Clerk of Court is respectfully directed to close Dkt. Nos. 8 and 9.

SO ORDERED.

Dated: June 1, 2026
      New York, New York                  _____
                                    LEWIS J. LIMAN
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/1/2026___