UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SILVER LEAF PARTNERS, LLC,

                    Plaintiff,

      -v-

EDUARDO JURADO, et al.,

                 Defendants.

-------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___6/9/2026___ |

26-cv-4514 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic hearing regarding Plaintiff's renewed motions for emergency injunctive relief, *see* Dkt. Nos. 35–37, on June 12, 2026, at 3:00 PM.  Defendants need not respond to the motion before the hearing.  Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

    Plaintiff is directed to provide notice of this Order to Defendants no later than 5:00 PM later today, June 9, 2026, and to file proof of such notice on the docket.

    SO ORDERED.

Dated: June 9, 2026
      New York, New York              _____
                              LEWIS J. LIMAN
                        United States District Judge