UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/12/2026

SILVER LEAF PARTNERS, LLC,

                Plaintiff,

    -v-

EDUARDO JURADO, et al.,

                Defendants.

------------------------------------------------------------------------X

26-cv-4514 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status hearing today regarding Plaintiff's renewed motions for emergency injunctive relief.  *See* Dkt. Nos. 35–37.  As indicated on the record at the conference:

The renewed motion for a temporary restraining order is denied.  The Court will consider the issues presented by that motion in connection with the motion for a preliminary injunction.

Plaintiff is granted leave to file a Second Amended Complaint by June 15, 2026.  Plaintiff shall serve the papers on Defendants at least via email.  Defendants have consented to accept service and shall file a response to the Second Amended Complaint by July 17, 2026.

Defendants shall file their opposition papers with respect to the motion for a preliminary injunction by July 27, 2026.  Plaintiff may reply by August 10, 2026.

The parties agree that the Court may address the motion for a preliminary injunction on the papers without an evidentiary hearing.  By June 22, 2026, the parties shall file letters advising the Court whether Plaintiff's motion should be construed as one for preliminary or permanent injunctive relief.

The Clerk of Court is respectfully directed to close Dkt. Nos. 34 and 35.

SO ORDERED.

Dated: June 12, 2026
      New York, New York

                                     LEWIS J. LIMAN
                           United States District Judge