USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 08/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

SILVER LEAF PARTNERS, LLC,

Plaintiff,

-v-

EDUARDO JURADO, et al.,

Defendants.

-------------------------------------------------------------------- X

26-cv-4514 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff has submitted Dkt. Nos. 85, 87, and 88 without leave of Court. The briefing on the motion for injunctive relief is complete. Plaintiff shall show cause by no later than August 19, 2026 as to why the Court should not disregard the filings at Dkt. Nos. 85, 87, and 88.

Plaintiff shall make no further filings in respect of the request for injunctive relief without seeking and obtaining leave of Court.

SO ORDERED.

Dated: August 17, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge