UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVER LEAF PARTNERS, LLC,

Plaintiff,

-against-

EDUARDO JURADO, ET AL.,

Defendant.

26 CIVIL 04514 (LJL)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated October 13, 2026, Plaintiffs complaint is dismissed with prejudice and without leave to amend; accordingly, the case is closed.

**Dated:** New York, New York
October 15, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**